Matter of Carrasquillo v Lewis (2026 NY Slip Op 00306)

Matter of Carrasquillo v Lewis

2026 NY Slip Op 00306

Decided on January 22, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 22, 2026

Before: Manzanet-Daniels, J.P., Webber, Friedman, González, Michael, JJ. 

Appeal No. 5656 M-5541 & M-6666|Case No. 2025-06325|

[*1]In the Matter of Shakur Carrasquillo, Petitioner, 
vHon. Timothy W. Lewis, etc., Respondent.

Shakur Carrasquillo, petitioner pro se.
Letitia James, Attorney General, New York (Bronwyn M. James of counsel), for respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. M-5541 - Matter of Carrasquillo v Lewis 
Motion for waiver of costs, fees and expenses denied.M-6666 - Matter of Carrasquillo v Lewis 
Motion to strike denied.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 22, 2026